

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00171-CV

| | | |
|---|---|---|
| FERGUSON BRASWELL FRASER & KUBASTA, P.C. AND SOUMIT ROY, Appellants | § | On Appeal from the 271st District Court |
| | § | of Wise County (CV21-06-449) |
| v. | § | January 26, 2023 |
| SAF OILFIELD I, LLC AND SAF CAPITAL PARTNERS, LLC, Appellees | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that SAF Oilfield I, LLC and SAF Capital Partners, LLC shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth